**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **CELLULAR SOUTH, INC.**<br>**D/B/A C SPIRE,** | ) | |
| | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 3:25-cv-01756-X** |
| **v.** | ) | |
| | ) | **JURY DEMAND** |
| **C-SPIRE CONSULTING SERVICES** | ) | |
| **PRIVATE LIMITED D/B/A CSPIRE** | ) | |
| **DIGITAL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>DECLARATION OF ANGELA HOLT</u>

1.      My name is Angela Holt. I am over 21 years old, am of sound mind, and am otherwise competent to make this declaration. I am one of the attorneys of record for Plaintiff Cellular South, Inc. d/b/a C Spire ("C Spire"). In that capacity, I have personal knowledge of the facts stated in this declaration, and they are all true and correct.

2.      As of the filing of this declaration, defendant C-Spire Consulting Services Private Limited d/b/a CSpire Digital ("Defendant") continues to use the domain name cspiredigital.com for its website, as shown below:



1

3.    As of the filing of this declaration, Defendant continues to use "C-Spire Digital" and "CSpire Digital" as its "brand," as shown below:



4.    On several occasions, and most recently on August 24, 2025, I performed searches of the Texas Secretary of State's business organizations database, and could not find any indication that Defendant has registered with the Texas Secretary of State for the purpose of transacting business. True and correct printouts from these searches on August 24, 2025 are attached as Exhibit 1 to this Declaration.

5.    Counsel for C Spire has contacted Defendant several times to make it aware of this dispute and lawsuit. I sent an initial demand letter to Defendant's CEO, Pavan Kakunoori, on May 9, 2025, via overnight mail and email. A true and correct copy of my letter to Pavan Kakunoori dated May 9, 2025 is attached as Exhibit 2 to this Declaration.

6.      In response, an India-based attorney, Omkar Ghate of LegaLogic Consulting, sent a letter by email titled "Interim Reply" dated May 16, 2025, and then a more substantive reply letter dated May 20, 2025, thus proving that Defendant's CEO had received the May 9, 2025 letter. True and correct copies of these two letters are attached as Exhibit 3 to this Declaration.

7.      I responded by letter (which I transmitted via email reply to the email address that sent the May 16 and May 20 letters from Omkar Ghate) on June 9, 2025, informing Defendant that C Spire would file suit unless "[Defendant] [would] agree in writing within five (5) days of the date of this letter to cease use" of the C SPIRE Marks. A true and correct copy of this letter is attached as Exhibit 4 to this Declaration.

8.      On June 13, 2025, I sent an email to the India attorney Omkar Ghate, through the email address that sent the May 16 and May 20 Omkar Ghate letters, requesting confirmation that he had received the June 9, 2025 letter. A true and correct copy of this email and the earlier parts of this email chain transmitting the letters is attached as Exhibit 5 to this Declaration. Mr. Ghate did not reply to either the June 9 letter or the June 13 email.

9.      On July 7, 2025, I sent a file-stamped copy of the Complaint to the India attorney Omkar Ghate via email, asking if he would accept service on behalf of Defendant. A true and correct copy of this email is attached as Exhibit 6 to this Declaration. Mr. Ghate did not reply to the July 7 email.

10.     On July 14, 2025, I sent a file-stamped copy of the Complaint via email to Defendant's CEO, Pavan Kakunoori, at the same email address used to send Mr. Kakunoori the May 9, 2025 letter, with a copy to the email address associated with the India attorney. My message contained the following cover email:

We are in the process of having this complaint served on your company. We want to make sure you are aware of the lawsuit, as your attorney has not responded to our several emails, and we are not sure if he still represents you or your company.

A true and correct copy of this email is attached as Exhibit 7 to this Declaration.

11.     To date, C Spire and I have not received any response or outreach from Defendant, Mr. Kakunoori, or Defendant's/Mr. Kakunoori's attorney other than Omkar Ghate's letter dated May 20.

12.     On May 7, 2025, I personally viewed Defendant's website at https://www.cspiredigital.com/. On that date, the website displayed an Irving, Texas address, as shown in the below screen shot that I preserved on May 7, 2025:



| USA | India | Home |
|---|---|---|
| 1300 W Walnut Hill Lane Suite#155H Irving, TX 75038 (+1) 214-757-4561 | 408, Shangrila Plaza Banjara Hills, Hyderabad, Telangana 500034 (+91)9133181181 | About Us Contact us |

13.     On May 15, 2025—a few days after my May 9 letter—I checked the same website and found that the Texas address had been removed from the website, which on May 15 appeared as shown below:



14.     Exhibit 1 to the Complaint is a true and correct screenshot of Defendant's website (https://www.cspiredigital.com/) taken by me on May 7, 2025. Exhibit 2 to the Complaint is a true and correct screenshot (taken by my law firm prior to filing the Complaint) of Pavan Kakunoori's LinkedIn page. Exhibit 3 to the Complaint is a true and correct screenshot (taken by my law firm prior to filing the Complaint) of Defendant's LinkedIn page, which reflects the location of Defendant's "associated members." Exhibit 4 to the Complaint is a true and correct screenshot (taken by my law firm prior to filing the Complaint) of three links on Defendant's website purporting to be Defendant's copyright notice, terms and conditions for its website, and privacy policy, alongside the associated HTML code for those three links, all of which lead to a separate domain: accuratecg.com.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on this 5th day of September, 2025.

_Angela Holt_
Angela Holt

# Exhibit 1

# TEXAS SECRETARY of STATE
# JANE NELSON

## FIND ENTITY NAME SEARCH

This search was performed with the following search parameter:
**ENTITY NAME :** c spire

| Mark | Filing Number | Name | Entity Type | Entity Status | Name Type | Name Status |
|------|---------------|------|-------------|---------------|-----------|-------------|
| ○ | 14746800 | C. SPRAGUE, INC. | Domestic For-Profit Corporation | Forfeited existence | Legal | Prior |
| ○ | 800094848 | C-Sports, L.L.C. | Domestic Limited Liability Company (LLC) | Voluntarily dissolved | Legal | Inactive |
| ○ | 801508732 | C sports Limited Liability Company | Domestic Limited Liability Company (LLC) | Forfeited existence | Legal | Inactive |
| ○ | 805317277 | C Xpressions, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ○ | 12673810 | C. SPRINGS 300, LTD. | Domestic Limited Partnership (LP) | Cancelled | Legal | Inactive |
| ○ | 14846300 | C. SPRAGUE EQUIPMENT CO. | Domestic For-Profit Corporation | Voluntarily dissolved | Legal | Inactive |
| ○ | 14909600 | C. SPRAGUE TRUCKING CO. | Domestic For-Profit Corporation | Voluntarily dissolved | Legal | Inactive |
| ○ | 68370500 | C. SPRINGS CATTLE COMPANY | Domestic For-Profit Corporation | Forfeited existence | Legal | Inactive |
| ○ | 74010300 | C & S PRECISION, INC. | Domestic For-Profit Corporation | Forfeited existence | Legal | Inactive |
| ○ | 800051379 | C & S PressXpress Inc. | Domestic For-Profit Corporation | Forfeited existence | Legal | Inactive |

Records 1 to 10 of 1000 scroll    [ Next >> ]    OR    proceed to page [        ] of 100 pages    [ GO ]

[ Return to Order ]    [ New Search ]

---

Instructions:
🔴 To view additional information pertaining to a particular filing select the number associated with the name.
🔴 To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

# TEXAS SECRETARY of STATE
# JANE NELSON

## FIND ENTITY NAME SEARCH

This search was performed with the following search parameter:
**ENTITY NAME :** c-spire

| Mark | Filing Number | Name | Entity Type | Entity Status | Name Type | Name Status |
|---|---|---|---|---|---|---|
| ⭘ | 14746800 | C. SPRAGUE, INC. | Domestic For-Profit Corporation | Forfeited existence | Legal | Prior |
| ⭘ | 800094848 | C-Sports, L.L.C. | Domestic Limited Liability Company (LLC) | Voluntarily dissolved | Legal | Inactive |
| ⭘ | 801508732 | C sports Limited Liability Company | Domestic Limited Liability Company (LLC) | Forfeited existence | Legal | Inactive |
| ⭘ | 805317277 | C Xpressions, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ⭘ | 12673810 | C. SPRINGS 300, LTD. | Domestic Limited Partnership (LP) | Cancelled | Legal | Inactive |
| ⭘ | 14846300 | C. SPRAGUE EQUIPMENT CO. | Domestic For-Profit Corporation | Voluntarily dissolved | Legal | Inactive |
| ⭘ | 14909600 | C. SPRAGUE TRUCKING CO. | Domestic For-Profit Corporation | Voluntarily dissolved | Legal | Inactive |
| ⭘ | 68370500 | C. SPRINGS CATTLE COMPANY | Domestic For-Profit Corporation | Forfeited existence | Legal | Inactive |
| ⭘ | 74010300 | C & S PRECISION, INC. | Domestic For-Profit Corporation | Forfeited existence | Legal | Inactive |
| ⭘ | 800051379 | C & S PressXpress Inc. | Domestic For-Profit Corporation | Forfeited existence | Legal | Inactive |

Records 1 to 10 of 1000 scroll    [ Next >> ]    OR    proceed to page [       ] of 100 pages    [ GO ]

[ Return to Order ]  [ New Search ]

---

Instructions:
🔴 To view additional information pertaining to a particular filing select the number associated with the name.
🔴 To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

Case 3:25-cv-01756-X    Document 15-1    Filed 09/05/25    Page 10 of 52    PageID 143

# TEXAS SECRETARY of STATE
# JANE NELSON

### FIND ENTITY NAME SEARCH

This search was performed with the following search parameter:
**ENTITY NAME :** cspire

| Mark | Filing Number | Name | Entity Type | Entity Status | Name Type | Name Status |
|------|---------------|------|-------------|---------------|-----------|-------------|
| ⚪ | 805516855 | CSPROS | Application for Name Reservation | Expired | Legal | Expired |
| ⚪ | 802874539 | CSPRO SERVICES, INC | Domestic For-Profit Corporation | Forfeited existence | Legal | Inactive |
| ⚪ | 802587185 | CoSpire LLC | Domestic Limited Liability Company (LLC) | Forfeited existence | Legal | Prior |
| ⚪ | 5703110 | K. C. SPIRE, LTD. | Domestic Limited Partnership (LP) | In existence | Legal | In use |
| ⚪ | 802587185 | CoSpire Consulting LLC | Domestic Limited Liability Company (LLC) | Forfeited existence | Legal | Inactive |
| ⚪ | 802664383 | Cass Aspires, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |
| ⚪ | 802664383 | Cass Aspires, LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | Inactive |
| ⚪ | 803464907 | KeySpire Holding Corp | Domestic For-Profit Corporation | In existence | Legal | In use |
| ⚪ | 803000192 | QSPAERA, LLC | Domestic Limited Liability Company (LLC) | Forfeited existence | Legal | Inactive |
| ⚪ | 805988121 | KSPUR LLC | Domestic Limited Liability Company (LLC) | In existence | Legal | In use |

Records 1 to 10 of 190 scroll    [ Next >> ]    OR    proceed to page [        ] of 19 pages [ GO ]

[ Return to Order ]  [ New Search ]

---

<u>Instructions</u>:
 🔴 To view additional information pertaining to a particular filing select the number associated with the name.
 🔴 To place an order for additional information about a filing select the radial button listed under 'Mark' that is associated with the entity and press the 'Order' button.

# Exhibit 2

**Angela Holt**
aholt@bradley.com
256.517.5170 direct
256.517.5270 fax

**Bradley**

May 9, 2025

**Via Overnight Mail and Email (Pavan.Kakunoori@cspiredigital.com; sales@cspiredigital.com)**

Mr. Pavan Kakunoori
C-Spire Digital
1300 W Walnut Hill Lane, Suite 155H
Irving, TX 75038

Our Ref. No.: 202227-401066

Re:    Unauthorized Use of C Spire

Dear Mr. Kakunoori:

Our firm represents Cellular South, Inc. d/b/a C Spire ("C Spire"), in various intellectual property matters, including protection of C Spire's trademark rights and issues involving unfair competition. Our client is the owner of many U.S. trademarks, including the following:

| Mark | Reg # | First Use in Commerce |
|---|---|---|
| **C SPIRE** | 4797624 | 9/30/2011 |
| **C SPIRE** | 5349108 | 9/30/2011 |
| | 4679223 | 9/30/2011 |
| | 5349109 | 9/30/2011 |
| **C SPIRE WIRELESS** | 4460790 | 9/30/2011 |
| | 4660485 | 10/1/2011 |

May 9, 2025
Page 2

| Mark | Reg # | First Use in Commerce |
|---|---|---|
| **C SPIRE FIBER** | 4785958 | 7/1/2013 |
| **C SPIRE BUSINESS** | 5680643 | 10/31/2017 |
| **C SPIRE CODING CHALLENGE** | 5534692 | 4/30/2017 |

Copies of the registration certificates for these trademarks are enclosed at Exhibit A to this letter. Since at least as early as 2011, C Spire has been using its C SPIRE marks with goods and services including its wireless communication services and products, telecommunications services and products, internet services, cybersecurity services and products, and IT services, among others.

C Spire has extensively advertised its goods and services throughout the country and has expended considerable efforts ensuring that only the highest quality goods and services are provided in connection with these marks. As a result of these efforts, C Spire has established a tremendous amount of goodwill in its C SPIRE marks, and it has established federal statutory and common law rights through the continued use of its marks. That goodwill is extremely important to C Spire.

It has recently come to our client's attention that you have been using C SPIRE DIGITAL in connection with your "staffing solutions," providing services that clearly overlap with our client's services. A copy of representative information from your website (https://www.cspiredigital.com/) is attached at Exhibit B to this letter.

Your use of C SPIRE is identical to our client's trademark and is being used in connection with services very similar to our client's services. Our client has priority rights in its C SPIRE marks, and your use is likely to cause confusion in the marketplace as to whether C Spire is associated with your services. You could therefore be liable to C Spire for trademark infringement and unfair competition under the Lanham Act (15 U.S.C. §§ 1051 et seq.) as well as other possible causes of action.

Specifically, the Lanham Act provides that any person who uses in commerce a registered mark in connection with any goods or services, without the consent of the owner of the mark, and which use "is likely to cause confusion or mistake or to deceive" as to the source of the origin of those goods or services, "shall be liable in a civil action" to the owner of such registered trademark. *See* 15 U.S.C. § 1125. Remedies under the Lanham Act include not only injunctive relief, but also a defendant's profits, any damages sustained by the Plaintiff, and the costs of the action. *See* 15 U.S.C. § 1117. Further, good faith or "innocent" infringement is not a defense.

May 9, 2025
Page 3

In addition to awarding actual damages in cases of trademark infringement and unfair competition, the Lanham Act also awards treble damages for cases of willful infringement. *See* 15 U.S.C. § 1117(a). In exceptional cases of willful infringement, even attorneys' fees can be awarded. *See* 15 U.S.C. § 1117; *see also High Fidelity Recordings, Inc. v. Audio Fidelity, Inc.*, 305 F.2d 86, 89 (9th Cir. 1962) (awarding attorneys' fees to plaintiff where defendant's acts were willful and calculated to trade upon the plaintiff's goodwill); *see Amana Society v. Gemeinde Brau, Inc.*, 417 F.Supp. 310, 311-12 (D. Iowa 1976), aff'd 557 F.2d 638 (8th Cir. 1977), *cert. denied* 434 U.S. 967 (awarding attorney's fees where defendant had deliberately used mark for its beer after having been denied permission by plaintiff owners of the registered trademark). In this case, you may be intentionally cashing in on our client's goodwill, as we note that you have a background in the telecommunications industry and thus were likely aware of our client when you chose to adopt the C SPIRE name for your business. Therefore, you could be liable for treble damages and attorneys' fees.

While our client is prepared to enforce its rights vigorously, it prefers to resolve this matter amicably and without resort to legal action. We are therefore writing to request that you discontinue all use of C SPIRE in connection with your services. If you will commit now to stopping all use of the C SPIRE mark, our client is willing to resolve this matter and will even agree to a reasonable transition period for you to discontinue use of the C Spire name. In the meantime, our client reserves all of its rights, and does not waive any.

Please respond in writing at your earliest convenience, preferably no later than May 16, 2025, to let us know if you will take the requested actions. We appreciate your cooperation in this matter.

Yours truly,

Angela Holt

Angela Holt

Enclosures
cc: Cellular South, Inc., d/b/a C Spire

# Exhibit A



# United States of America
### United States Patent and Trademark Office

# C Spire

**Reg. No. 4,797,624**
**Registered Aug. 25, 2015**

**Int. Cls.: 9 and 35**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

CELLULAR SOUTH, INC. (MISSISSIPPI CORPORATION), DBA C SPIRE WIRELESS
1018 HIGHLAND COLONY PARKWAY
RIDGELAND, MS 39157

FOR: DOWNLOADABLE RING TONES, GRAPHICS AND MUSIC VIA A GLOBAL COM-
PUTER NETWORK AND WIRELESS DEVICES; DOWNLOADABLE RING TONES, ELEC-
TRONIC GAMES, GRAPHICS FOR MOBILE PHONES, NAMELY, WALLPAPER, APPLICA-
TIONS, NAMELY, SOFTWARE FOR ACCESSING NEWS, WEATHER AND SPORTS AND
RING-BACK TONES VIA THE INTERNET AND WIRELESS DEVICES; MOBILE PHONES;
WIRELESS COMMUNICATION DEVICE FEATURING VOICE, DATA AND IMAGE
TRANSMISSION INCLUDING VOICE, TEXT AND PICTURE MESSAGING, A VIDEO AND
STILL IMAGE CAMERA, ALSO FUNCTIONAL TO PURCHASE MUSIC, GAMES, VIDEO
AND SOFTWARE APPLICATIONS OVER THE AIR FOR DOWNLOADING TO THE DEVICE;
WIRELESS COMMUNICATION DEVICES FOR TRANSMITTING IMAGES TAKEN BY A
CAMERA; WIRELESS COMMUNICATION DEVICES FOR VOICE, DATA OR IMAGE
TRANSMISSION, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-30-2011; IN COMMERCE 9-30-2011.

FOR: ON-LINE RETAIL STORE SERVICES FEATURING TELECOMMUNICATION EQUIP-
MENT, NAMELY, TELEPHONES AND DATA RECEIVING DEVICES; RETAIL STORE
SERVICES FEATURING TELECOMMUNICATIONS SERVICE PLANS AND TELECOMMU-
NICATIONS SERVICE ACTIVATION, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 9-30-2011; IN COMMERCE 9-30-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 4,460,790.

SER. NO. 86-042,046, FILED 8-19-2013.

KATHLEEN M. VANSTON, EXAMINING ATTORNEY



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

## C Spire

**Reg. No. 5,349,108**

**Registered Dec. 05, 2017**

**Int. Cl.: 38**

**Service Mark**

**Principal Register**

Cellular South, Inc. (MISSISSIPPI CORPORATION), DBA C Spire Wireless
1018 Highland Colony Parkway
Ridgeland, MISSISSIPPI 39157

CLASS 38: Communication services, namely, transmission of voice, audio, visual images and data by telecommunications networks, wireless communication networks, the Internet, information services networks and data networks; Providing telecommunication connectivity services for transfer of images, messages, audio, visual, audiovisual and multimedia works; Telecommunication services, namely, providing internet access via broadband optical or wireless networks; Telecommunication services, namely, transmission of voice, data, graphics, images, audio and video by means of telecommunications networks, wireless communication networks, and the Internet; Telecommunication services, namely, transmission of voice, data, graphics, sound and video by means of broadband power line or wireless networks; Telecommunication services, namely, wireless telephone services; Telecommunications services, namely, personal communication services; Telecommunication services, namely, transmission of voice, data, graphics, images, audio and video by means of telecommunications networks, wireless communication networks, and the Internet

FIRST USE 9-30-2011; IN COMMERCE 9-30-2011

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4797624, 4679223, 4660485

SER. NO. 87-334,269, FILED 02-13-2017



Joseph Matal

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office





**Reg. No. 4,679,223**

**Registered Jan. 27, 2015**

**Int. Cls.: 9 and 35**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

CELLULAR SOUTH, INC. (MISSISSIPPI CORPORATION)
1018 HIGHLAND COLONY PARKWAY
RIDGELAND, MS 39157

FOR: CONSUMER COUPONS DOWNLOADED FROM A GLOBAL COMPUTER NETWORK; DOWNLOADABLE RING TONES, ELECTRONIC GAMES, GRAPHICS FOR MOBILE PHONES, NAMELY, WALLPAPER, APPLICATIONS, NAMELY, SOFTWARE FOR ACCESS-ING NEWS, WEATHER AND SPORTS AND RING-BACK TONES VIA THE INTERNET AND WIRELESS DEVICES VIA THE INTERNET AND WIRELESS DEVICES VIA THE INTERNET AND WIRELESS DEVICES VIA THE INTERNET AND WIRELESS DEVICES; MOBILE PHONES; MOBILE RADIOS; WIRELESS COMMUNICATION DEVICE FEATURING VOICE, DATA AND IMAGE TRANSMISSION INCLUDING VOICE, TEXT AND PICTURE MES-SAGING, A VIDEO AND STILL IMAGE CAMERA, ALSO FUNCTIONAL TO PURCHASE MUSIC, GAMES, VIDEO AND SOFTWARE APPLICATIONS OVER THE AIR FOR DOWN-LOADING TO THE DEVICE; WIRELESS COMMUNICATION DEVICES FOR TRANSMITTING IMAGES TAKEN BY A CAMERA; WIRELESS COMMUNICATION DEVICES FOR VOICE, DATA OR IMAGE TRANSMISSION; WIRELESS TELEVISION SET FOR PROVIDING VIDEO CONFERENCING AND TELEPHONE SERVICE OVER THE INTERNET, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-30-2011; IN COMMERCE 9-30-2011.

FOR: RETAIL STORE AND ON-LINE RETAIL STORE SERVICES FEATURING TELECOM-MUNICATION EQUIPMENT, NAMELY, TELEPHONES AND DATA RECEIVING DEVICES; RETAIL STORES FEATURING TELECOMMUNICATIONS SERVICE PLANS AND TELE-COMMUNICATIONS SERVICE ACTIVATION, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 9-30-2011; IN COMMERCE 9-30-2011.

THE MARK CONSISTS OF A "C" WITH ELEVEN BEAMS, VARYING IN LENGTH, SHOOTING OFF FROM THE OUTSIDE EDGE, FOLLOWED BY THE LETTER "C" AND THE WORD "SPIRE" IN LOWERCASE LETTERS.

SN 85-429,660, FILED 9-22-2011.

LIEF MARTIN, EXAMINING ATTORNEY



*Michelle K. Lee*

**Deputy Director of the United States**
**Patent and Trademark Office**

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,349,109**

**Registered Dec. 05, 2017**

**Int. Cl.: 38**

**Service Mark**

**Principal Register**

Cellular South, Inc. (MISSISSIPPI CORPORATION), DBA C Spire Wireless
1018 Highland Colony Parkway
Ridgeland, MISSISSIPPI 39157

CLASS 38: Communication services, namely, transmission of voice, audio, visual images and data by telecommunications networks, wireless communication networks, the Internet, information services networks and data networks; Providing telecommunication connectivity services for transfer of images, messages, audio, visual, audiovisual and multimedia works; Telecommunication services, namely, providing internet access via broadband optical or wireless networks; Telecommunication services, namely, transmission of voice, data, graphics, images, audio and video by means of telecommunications networks, wireless communication networks, and the Internet; Telecommunication services, namely, transmission of voice, data, graphics, sound and video by means of broadband power line or wireless networks; Telecommunication services, namely, transmission of voice, data, graphics, images, audio and video by means of telecommunications networks, wireless communication networks, and the Internet; Telecommunication services, namely, local and long distance transmission of voice, data, graphics by means of telephone, telegraphic, cable, and satellite transmissions; Telecommunication services, namely, providing internet access via broadband optical or wireless networks; Telecommunications services, namely, personal communication services; Communication services, namely, transmission of voice, audio, visual images and data by telecommunications networks, wireless communication networks, the Internet, information services networks and data networks; Communication services, namely, transmission of voice, audio, visual images and data by telecommunications networks, wireless communication networks, the Internet, information services networks and data networks

FIRST USE 9-30-2011; IN COMMERCE 9-30-2011

The mark consists of a "c" with eleven beams, varying in length, shooting off from the outside edge, followed by the letter "c" and the word "spire" in lowercase letters.

OWNER OF U.S. REG. NO. 4797624, 4679223, 4660485

SER. NO. 87-334,291, FILED 02-13-2017



*Joseph Matal*

Performing the Functions and Duties of the
Under Secretary of Commerce for
Intellectual Property and Director of the
United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# C Spire Wireless

**Reg. No. 4,460,790**
**Registered Jan. 7, 2014**

**Int. Cls.: 9 and 35**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

CELLULAR SOUTH, INC. (MISSISSIPPI CORPORATION)
1018 HIGHLAND COLONY PARKWAY
RIDGELAND, MS 39157

FOR: CONSUMER COUPONS DOWNLOADED FROM A GLOBAL COMPUTER NETWORK; DOWNLOADABLE RING TONES, ELECTRONIC GAMES, GRAPHICS FOR MOBILE PHONES, NAMELY, WALLPAPER, APPLICATIONS, NAMELY, SOFTWARE FOR ACCESSING NEWS, WEATHER AND SPORTS AND RING-BACK TONES VIA THE INTERNET AND WIRELESS DEVICES VIA THE INTERNET AND WIRELESS DEVICES; MOBILE PHONES, MOBILE RADIOS; WIRELESS COMMUNICATION DEVICE FEATURING VOICE, DATA AND IMAGE TRANSMISSION INCLUDING VOICE, TEXT AND PICTURE MESSAGING, A VIDEO AND STILL IMAGE CAMERA, ALSO FUNCTIONAL TO PURCHASE MUSIC, GAMES, VIDEO AND SOFTWARE APPLICATIONS OVER THE AIR FOR DOWNLOADING TO THE DEVICE; WIRELESS COMMUNICATION DEVICES FOR TRANSMITTING IMAGES TAKEN BY A CAMERA; WIRELESS COMMUNICATION DEVICES FOR VOICE, DATA OR IMAGE TRANSMISSION; WIRELESS TELEVISION SET FOR PROVIDING VIDEO CONFERENCING AND TELEPHONE SERVICE OVER THE INTERNET, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 9-30-2011; IN COMMERCE 9-30-2011.

FOR: RETAIL STORE AND ON-LINE RETAIL STORE SERVICES FEATURING TELECOMMUNICATION EQUIPMENT, NAMELY, TELEPHONES AND DATA RECEIVING DEVICES; RETAIL STORE SERVICES FEATURING TELECOMMUNICATIONS SERVICE PLANS AND TELECOMMUNICATIONS SERVICE ACTIVATION, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 9-30-2011; IN COMMERCE 9-30-2011.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "WIRELESS", APART FROM THE MARK AS SHOWN.

SER. NO. 85-427,650, FILED 9-20-2011.



*Deborah S. Cohn*

Commissioner for Trademarks of the
United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,660,485**

**Registered Dec. 23, 2014**

**Int. Cls.: 9, 35, and 38**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**



*Michelle K. Lee*
Deputy Director of the United States
Patent and Trademark Office

CELLULAR SOUTH, INC. (MISSISSIPPI CORPORATION)
1018 HIGHLAND COLONY PARKWAY
RIDGELAND, MS 39157

FOR: CONSUMER COUPONS DOWNLOADED FROM A GLOBAL COMPUTER NETWORK; DOWNLOADABLE RING TONES, ELECTRONIC GAMES, GRAPHICS FOR MOBILE PHONES, NAMELY, WALLPAPER, APPLICATIONS, NAMELY, SOFTWARE FOR ACCESSING NEWS, WEATHER AND SPORTS AND RING-BACK TONES VIA THE INTERNET AND WIRELESS DEVICES VIA THE INTERNET AND WIRELESS DEVICES VIA THE INTERNET AND WIRELESS DEVICES VIA THE INTERNET AND WIRELESS DEVICES; MOBILE PHONES; MOBILE RADIOS; WIRELESS COMMUNICATION DEVICE FEATURING VOICE, DATA AND IMAGE TRANSMISSION INCLUDING VOICE, TEXT AND PICTURE MESSAGING, A VIDEO AND STILL IMAGE CAMERA, ALSO FUNCTIONAL TO PURCHASE MUSIC, GAMES, VIDEO AND SOFTWARE APPLICATIONS OVER THE AIR FOR DOWNLOADING TO THE DEVICE; WIRELESS COMMUNICATION DEVICES FOR TRANSMITTING IMAGES TAKEN BY A CAMERA; WIRELESS COMMUNICATION DEVICES FOR VOICE, DATA OR IMAGE TRANSMISSION; WIRELESS TELEVISION SET FOR PROVIDING VIDEO CONFERENCING AND TELEPHONE SERVICE OVER THE INTERNET, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 10-1-2011; IN COMMERCE 10-1-2011.

FOR: RETAIL STORE AND ON-LINE RETAIL STORE SERVICES FEATURING TELECOMMUNICATION EQUIPMENT, NAMELY, TELEPHONES AND DATA RECEIVING DEVICES; RETAIL STORES FEATURING TELECOMMUNICATIONS SERVICE PLANS AND TELECOMMUNICATIONS SERVICE ACTIVATION, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 10-1-2011; IN COMMERCE 10-1-2011.

FOR: CELLULAR TELEPHONE COMMUNICATION, COMMUNICATION BY MOBILE TELEPHONE; COMMUNICATION SERVICES, NAMELY, TRANSMISSION OF VOICE, AUDIO, VISUAL IMAGES AND DATA BY TELECOMMUNICATIONS NETWORKS, WIRELESS COMMUNICATION NETWORKS, THE INTERNET, INFORMATION SERVICES NETWORKS AND DATA NETWORKS; INSTANT MESSAGING SERVICES; PROVIDING E-MAIL AND INSTANT MESSAGING SERVICES; PROVIDING TELECOMMUNICATION CONNECTIONS TO THE INTERNET OR DATABASES; PROVIDING TELECOMMUNICATION CONNECTIVITY SERVICES FOR TRANSFER OF IMAGES, MESSAGES, AUDIO, VISUAL,

**Reg. No. 4,660,485** AUDIOVISUAL AND MULTIMEDIA WORKS; PROVIDING TELECOMMUNICATIONS CONNECTIONS TO A GLOBAL COMPUTER NETWORK; PROVIDING TELECOMMUNIC-ATIONS CONNECTIONS TO THE INTERNET OR DATABASES; TELECOMMUNICATION SERVICES, NAMELY, LOCAL AND LONG DISTANCE TRANSMISSION OF VOICE, DATA, GRAPHICS AND VIDEO BY MEANS OF BROADBAND, COPPER AND OPTICAL OR WIRELESS NETWORKS; TELECOMMUNICATION SERVICES, NAMELY, LOCAL AND LONG DISTANCE TRANSMISSION OF VOICE, DATA, GRAPHICS BY MEANS OF TELE-PHONE, TELEGRAPHIC, CABLE, AND SATELLITE TRANSMISSIONS; TELECOMMUNIC-ATION SERVICES, NAMELY, PROVIDING ADVANCED CALLING FEATURES; TELECOM-MUNICATION SERVICES, NAMELY, PROVIDING ADVANCED CALLING FEATURES, NAMELY, PROVIDING AN INTERNATIONAL CALLING FUNCTION TO EASILY PLACE INTERNATIONAL CALLS; TELECOMMUNICATION SERVICES, NAMELY, PROVIDING INTERNET ACCESS VIA BROADBAND OPTICAL OR WIRELESS NETWORKS; TELECOM-MUNICATION SERVICES, NAMELY, TRANSMISSION OF PODCASTS; TELECOMMUNIC-ATION SERVICES, NAMELY, TRANSMISSION OF VOICE, DATA, GRAPHICS, IMAGES, AUDIO AND VIDEO BY MEANS OF TELECOMMUNICATIONS NETWORKS, WIRELESS COMMUNICATION NETWORKS, AND THE INTERNET; TELECOMMUNICATION SER-VICES, NAMELY, TRANSMISSION OF VOICE, DATA, GRAPHICS, SOUND AND VIDEO BY MEANS OF BROADBAND POWER LINE OR WIRELESS NETWORKS; TELECOMMU-NICATIONS BY E-MAIL; TELECOMMUNICATIONS SERVICES, NAMELY, PERSONAL COMMUNICATION SERVICES; TELEPHONE VOICE MESSAGING SERVICES; WIRELESS COMMUNICATIONS SERVICES, NAMELY, TRANSMISSION OF GRAPHICS TO MOBILE TELEPHONES; WIRELESS TELEPHONE TELECOMMUNICATIONS SERVICES, NAMELY, WIRELESS MOBILE TELEPHONE CALLING PLANS, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 10-1-2011; IN COMMERCE 10-1-2011.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "WIRELESS", APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF A "C" WITH ELEVEN BEAMS, VARYING IN LENGTH, SHOOTING OFF FROM THE OUTSIDE EDGE, FOLLOWED BY THE LETTER "C" AND THE WORD "SPIRE" IN LOWERCASE LETTERS ABOVE THE WORD "WIRELESS" IN LOWERCASE LETTERS.

SN 85-982,907, FILED 9-22-2011.

LIEF MARTIN, EXAMINING ATTORNEY



# United States of America
### United States Patent and Trademark Office

# C Spire Fiber

**Reg. No. 4,785,958**  
**Registered Aug. 4, 2015**  
CELLULAR SOUTH, INC. (MISSISSIPPI CORPORATION)  
1018 HIGHLAND COLONY PARKWAY  
RIDGELAND, MS 39157

**Int. Cl.: 38**

**SERVICE MARK**

**PRINCIPAL REGISTER**

FOR: PROVIDING A HIGH SPEED ACCESS TO AREA NETWORKS AND A GLOBAL COMPUTER INFORMATION NETWORK; TELECOMMUNICATION SERVICES, NAMELY, LOCAL AND LONG DISTANCE TRANSMISSION OF VOICE, DATA, GRAPHICS AND VIDEO BY MEANS OF BROADBAND OPTICAL OR WIRELESS NETWORKS; TELECOMMUNICATION SERVICES, NAMELY, LOCAL AND LONG DISTANCE TRANSMISSION OF VOICE, DATA, GRAPHICS AND VIDEO BY MEANS OF BROADBAND, COPPER AND OPTICAL OR WIRELESS NETWORKS; TELECOMMUNICATION SERVICES, NAMELY, TRANSMISSION OF VOICE, DATA, GRAPHICS, SOUND AND VIDEO BY MEANS OF BROADBAND POWER LINE OR WIRELESS NETWORKS; TELECOMMUNICATIONS SERVICES, NAMELY, WIRELESS TELEPHONY AND WIRELESS BROADBAND COMMUNICATIONS SERVICES FOR THE TRANSMISSION OF VOICE AND DATA; TELEVISION TRANSMISSION SERVICES; VIDEO TRANSMISSION OVER DIGITAL NETWORKS; VOICE OVER IP SERVICES, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 7-1-2013; IN COMMERCE 7-1-2013.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 4,460,790, 4,660,485, AND 4,679,223.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "FIBER", APART FROM THE MARK AS SHOWN.

SER. NO. 86-534,147, FILED 2-13-2015.

JANICE L. MCMORROW, EXAMINING ATTORNEY



Director of the United States  
Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# C Spire Business

**Reg. No. 5,680,643**

**Registered Feb. 19, 2019**

**Int. Cl.: 37, 38**

**Service Mark**

**Principal Register**

Cellular South, Inc. (MISSISSIPPI CORPORATION)
1018 Highland Colony Parkway
Ridgeland, MISSISSIPPI 39157

CLASS 37: Consulting in the field of maintenance and repair of telecommunications network hardware, apparatus, and instruments

FIRST USE 10-31-2017; IN COMMERCE 10-31-2017

CLASS 38: Cellular telephone services; Communication services, namely, transmission of voice, audio, visual images and data by telecommunications networks, wireless communication networks, the Internet, information services networks and data networks; Consulting in the field of telecommunication services, namely, transmission of voice, data, and documents via telecommunications networks; Internet service provider services; Providing Internet access; Telecommunication consultation in the nature of technical consulting in the field of audio, text and visual data transmission and communication; Telecommunication services, namely, local and long distance transmission of voice, data, graphics and video by means of broadband, copper and optical or wireless networks; Telecommunication services, namely, local and long distance transmission of voice, data, graphics by means of telephone, telegraphic, cable, and satellite transmissions; Telecommunications reseller services for businesses, namely, providing long distance telecommunication services, voice telecommunication services, local telephone service, and Internet access services; Voice over internet protocol (VOIP) services; Telephone voice messaging services

FIRST USE 10-31-2017; IN COMMERCE 10-31-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 4679223, 4848862, 4797624

No claim is made to the exclusive right to use the following apart from the mark as shown: "BUSINESS"

SER. NO. 88-049,238, FILED 07-23-2018



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office

## C Spire Coding Challenge

**Reg. No. 5,534,692**

**Registered Aug. 07, 2018**

**Int. Cl.: 41**

**Service Mark**

**Principal Register**

Cellular South, Inc. (MISSISSIPPI CORPORATION), DBA C Spire
1018 Highland Colony Parkway
Ridgeland, MISSISSIPPI 39047

CLASS 41: Entertainment services, namely, arranging and conducting of competitions in the field of education and computer science-based coding challenges

FIRST USE 4-30-2017; IN COMMERCE 4-30-2017

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 5349108, 5349109, 4797624

No claim is made to the exclusive right to use the following apart from the mark as shown: "CODING CHALLENGE"

SER. NO. 87-734,909, FILED 12-27-2017



Director of the United States
Patent and Trademark Office

# Exhibit B



# Tailored Talent, Trusted Results.

We offer end-to-end staffing solutions, focusing on detailed job description analysis, niche skills, and leadership support after placement to ensure the right candidate fit and long term client satisfaction

**Recruit Top Talent**

**Join Our Talent Pool**





cspiredigital.com/technologies/mobile-development

**cspire** digital    Home    Technologies ˅    Platforms ˅    Delivery ˅    About ˅    **Contact Us**

# Find Mobile Development Resources Fast – Ready to Work in 24-48 Hours!

We offer skilled mobile development talent specialized in creating high-performance, feature-rich mobile applications for both native and cross-platform environments. Our mobile experts are equipped to build scalable, secure apps tailored to your business needs and user experiences.





cspiredigital.com/technologies/mobile-development

Home    Technologies ⌄    Platforms ⌄    Delivery ⌄    About ⌄    Contact Us

## Mobile Developers

Our mobile developers are proficient in building native apps using Swift for iOS and Kotlin/Java for Android, as well as hybrid apps using React Native. They deliver high-performance applications that provide rich user experiences and seamless compatibility across a wide range of devices.

## Mobile Architects

Our mobile architects design scalable, flexible mobile app architectures that are easy to maintain and upgrade. They ensure that your mobile application is built to handle future updates, feature expansions delivering long-term performance and reliability.

## Mobile Leads

Mobile leads provide strategic direction and manage development teams to ensure the timely delivery of secure, high-performing mobile applications. They oversee the entire project lifecycle, ensuring alignment with business goals while meeting user expectations for performance and usability

Android    Flutter    iOS    React Native



 cspiredigital.com/technologies/cloud-solution

**Home** **Technologies** ⌄ **Platforms** ⌄ **Delivery** ⌄ **About** ⌄ **Contact Us**

## Cloud Developers

Ourfront-end developers are proficient in a variety of modern technologies. Theyare experts at transforming design prototypes into interactive, responsive webapplications that provide seamless functionality across different devices andplatforms.

## Cloud Architects

Ourfront-end developers are proficient in a variety of modern technologies. Theyare experts at transforming design prototypes into interactive, responsive webapplications that provide seamless functionality across different devices andplatforms.

## Cloud Leads

Ourfront-end developers are proficient in a variety of modern technologies. Theyare experts at transforming design prototypes into interactive, responsive webapplications that provide seamless functionality across different devices andplatforms.

**AWS** **Azure** **Google Cloud**

# Exhibit 3

LegaLogic

**By E-mail**
**Interim Reply**
(Without Prejudice)

Date: May 16, 2025

To,

**Bradley Arant Boult Cummings LLP**
**Office at:** 200 Clinton Avenue West, Suite 900
Huntsville, AL 35801-4900
**Email-** aholt@bradley.com

Sir / Madam,

**Sub:** Interim reply to your notice dated May 09, 2025 ("Notice")

Our Client, Mr. Pavan Kakunoori is in receipt of the above referred Notice.

Our Client states that all the claims and contentions of your Notice are denied in toto by our Client. We are coordinating with our Client to ascertain and understand the factual background for the purpose of issuing an appropriate reply. Our Client needs to place all relevant documents before us thereby enabling us to issue a detailed reply to your notice. Our Client states that at least eight (08) days will be required for the same.

Our Client states that a detailed Notice Reply will be followed to this Interim Notice Reply within next eight (08) days. Without prejudice to any of rights of our Client, nothing in the said Notice shall be deemed to have been admitted until the detailed Reply is sent.

Yours Sincerely,

Adv. Omkar Ghate,
For **LegaLogic Consulting**

Page 1 of 1

**By  Email**

**Without Prejudice**

**Date: May 20, 2025**

To,
**Bradley Arant Boult Cummings LLP**
**Office at:** 200 Clinton Avenue West, Suite 900,
Hunstville, AL 35801-4900
**Email** – aholt@bradley.com

**Subject - Reply to your Cease-and-Desist Notice dated May 09, 2025 for the trademark "C Spire Digital"**

Dear Sir/Madam,

We are concerned for our client, Mr. Pavan Kakunoori an individual representing - **C-Spire Consulting Services Private Limited** running the website with the domain C-Spire Digital (https://www.cspiredigital.com/) and having its registered address at: **408, Shangrila Plaza, Banjara Hills, Hyderabad,** India ("our Client"), who have instructed us to address to you as under: -

1) At the outset, our Client states that the contents of the said Notice are frivolous, misconceived under the law. A bare perusal of the said Notice makes it amply clear that it is untenable and is issued with mala fide intention. Nothing in the said Notice shall be deemed to be admitted by our Client for the mere want of non-traverse.

2) Our Client is  well-known, engaged in the business of, inter alia, providing services related to staffing solutions. In furtherance of its business, our Client envisaged its services through its website in the name and style of "**C-Spire Digital** AND " ("said website"). With the primary focus on crafting meaningful branded narratives for the purposes of potential brand's message and thereby creating a strong emotional connection between the brand and its target consumers.

3) Our Client states that it was shocked when it was in receipt of the said Notice, whereby your client, inter alia, falsely made allegations of infringement of its device mark,

and other related marks ("Cited Marks"), passing off, dilution and unfair competition. Our Client thereafter compared our Client's Mark and the Cited Mark, which are all-together dissimilar and do not cause any deceptive similarity/ likelihood of confusion to the public at large.

4) Our Client states that our Client's Mark features a stylized " " logo and When the elements are combined as a whole, a completely unique and distinctive mark is thereby created, with the potential of the public at large associating our Client's Mark with our Client alone.

5) Juxtaposed with our Client's Mark, our Client states that the cited Mark is simply written as C SPIRE / and does not incorporate any letters, as to our Client's Mark. Cited marks presented in a straightforward, unadorned font, thus forming not forming deceptive similarity/ likelihood of confusion with our Client's Mark in any manner whatsoever. This is further buttressed by the fact that ex-facie, none of the descriptions of the cited Mark in the various classes it is registered in are similar to our Client.

6) It is thus clear that there is visual, and conceptual difference between our Client's Mark and the cited Mark when compared as a whole, and these dissimilarities are significant enough to create distinct impressions in the mind of any prudent individual. Considering the fact that the law does not permit the dissection of individual components of rival marks and the same have to be perceived as a whole, it is amply clear that your client's plea of any form of deceptive similarity/ likelihood of confusion between our Client's Mark and the cited Mark warranting an action for infringement of its trade mark(s), passing off, dilution and unfair competition fail to hold any water, and our Client puts your client to strict proof thereof.

I.    **Nature of Our Business and Use of the Mark**

7) **C Spire Digital** is a professional staffing company. We operate exclusively within the business-to-business (B2B) sector, providing tailored digital staffing services, including enterprise application development, and resource augmentation. We do not offer telecommunications, internet, wireless, or fiber services. Our operations, client base,

and business model differ fundamentally from those of your client. The use of "C Spire Digital" is intended to convey innovation and digital transformation, and the mark has always been presented as a **unitary phrase**, not a derivation or imitation of "C SPIRE" as used by your client. At no point has there been any misrepresentation or attempt to benefit from C Spire's brand equity.

## II. Legal Assessment Under the Lanham Act

8) As noted in your letter, Section 43(a) of the **Lanham Act (15 U.S.C. § 1125(a))** prohibits use of any mark which "is likely to cause confusion, or to cause mistake, or to deceive" as to the affiliation or origin of goods or services. However, courts consistently evaluate **likelihood of confusion** through a multifactorial analysis. Among the most influential frameworks is that set forth in *Polaroid Corp. v. Polarad Elecs. Corp.*, 287 F.2d 492 (2d Cir. 1961), which considers factors including:

a) **Strength of the plaintiff's mark**
b) **Similarity of the marks**
c) **Proximity of the parties' products or services**
d) **Likelihood of bridging the gap**
e) **Evidence of actual confusion**
f) **Defendant's good faith**
g) **Quality of defendant's product or service**
h) **Sophistication of consumers**

Applying this framework:

- **Similarity and Market Context**: While both names share the term "C Spire," the **additional, dominant term "Digital"** significantly alters the commercial impression of our mark. Courts have found that the presence of a distinguishing term can suffice to avoid confusion (*Freedom Card, Inc. v. JP Morgan Chase & Co.*, 432 F.3d 463 (3d Cir. 2005)).

- **Distinct Service Channels**: Your client offers telecommunications and fiber internet services to consumers; our company operates solely in digital staffing and consulting, catering to enterprise clients. Such divergent offerings diminish the possibility of market overlap or confusion (*Brookfield Commc'ns, Inc. v. West Coast Entm't Corp.*, 174 F.3d 1036 (9th Cir. 1999)).

- **Consumer Sophistication**: Our clients are sophisticated, experienced business entities who conduct due diligence when engaging with service providers. This high level of scrutiny further reduces the risk of confusion (*Checkpoint Sys., Inc. v. Check Point Software Techs., Inc.*, 269 F.3d 270 (3d Cir. 2001)).

- **Absence of Actual Confusion**: To date, we have received **no indication of actual consumer confusion** between our business and that of C Spire. Absent such evidence, claims of infringement remain speculative.

- **Good Faith Adoption**: Our mark was adopted in good faith, without knowledge of or intent to trade upon your client's trademarks. We independently selected a name aligned with the core theme of digital innovation. Courts recognize that absence of bad faith weighs against a finding of infringement (*Star Indus., Inc. v. Bacardi & Co.*, 412 F.3d 373, 388 (2d Cir. 2005)).

- Further it is to be noted that in the case of Lindy Pen Co. Inc. v. Bic Pen Corp., 725 F.2d 1240, 1245 (9th Cir. 1984)  - "The two marks viewed in isolation are indeed identical, but their similarity must be considered in light of the way the marks are encountered in the marketplace and the circumstances surrounding the purchase of the [products]."

## III. Claims of Wilful Infringement or Dilution

9) Your letter raises the possibility of willful infringement and dilution under **15 U.S.C. § 1125(c)**. However, the **standards for trademark dilution** are considerably more stringent, requiring proof that the mark is **widely recognized by the general consuming public of India**, and that the alleged use blurs or tarnishes the distinctiveness of the mark.

10) As emphasized in *Moseley v. V Secret Catalogue, Inc.*, 537 U.S. 418 (2003), and reaffirmed under the Trademark Dilution Revision Act of 2006, a showing of actual or likely dilution of a **famous mark** is required. We respectfully submit that while your client's mark may be regionally well-known, there is insufficient basis to establish it as "famous" for purposes of dilution protection.

11) Additionally, we categorically deny any suggestion that our company's use was intended to infringe, dilute, or misappropriate the goodwill of your client's brand.

## IV. Willingness to Cooperate and Amicable settlement

12) Notwithstanding our position that our use of the name "C Spire Digital" does not constitute infringement, we remain open to engaging in **constructive and amicable dialogue** to resolve this matter without resorting to litigation. Further the business operations are under different jurisdiction for both the parties i.e USA for your client and India for our Client, considering the same, If your client is willing to propose terms

for co-existence or a mutually acceptable transition framework, we are prepared to consider such terms, provided they are fair, commercially reasonable, and made without admission of liability or infringement.

13) We further propose that, during the pendency of such discussions, both parties agree to a **mutual standstill** and to refrain from initiating legal proceedings.

14) Our Client reiterates and confirms that, our Client has not used your client`s trademark with any intent of infringement or to create any impression of endorsement, affiliation or association with your client in the past not at present. Further Our client is well reputed in tailored digital staffing services and never indulges in any malpractice as stated in your notice.

15) Our Client states that our Client has neither violated nor infringed IP rights of any in India and anywhere outside India. Our Client is a law-abiding person and compliant of applicable statutes since the inception of brand and always follows and respects rights of others including Intellectual property laws.

16) Nothing herein shall be deemed to have been admitted by our Client unless specifically admitted. Any contentions claim or any demands in your notice, which are not specifically denied, are denied in totality. In view of above, our Client hereby calls upon your client to withdraw your Legal Notice with the immediate effect.

17) Please take notice that our Client does not limit or forfeit or waive any of its legal rights by sending this reply to the letter.

Yours Sincerely,

Adv. Omkar Ghate,
For **LegaLogic Consulting**

**Exhibit 4**

**Angela Holt**
aholt@bradley.com
256.517.5170 direct
256.517.5270 fax

**Bradley**

June 9, 2025

**Via Email (amey.jadhav@LegaLogic.com)**

Mr. Omkar Ghate
LegaLogic Consulting
Unit 3A, PV House, 55, Damle Road
Pune, India 411004

Our Ref. No.: 202227-401066

Re:     Our Client: Cellular South, Inc. d/b/a C Spire
        Your Client: Mr. Pavan Kakunoori, C-Spire Digital

Dear Mr. Ghate:

This is in response to your letter of May 20, 2025, which is wholly without merit. We have begun preparing a complaint for trademark infringement and unfair competition under the Lanham Act (15 U.S.C. §§ 1051 et seq.) and plan to institute litigation unless your client complies with our demands. If your client would like to avoid litigation in this matter, it must immediately agree to stop all use of C SPIRE in connection with its business, including all use of the domain name cspiredigital.com. If your client will agree in writing within five (5) days of the date of this letter to cease use, our client will allow a transition period of thirty (30) days for your client to complete the transition from using C SPIRE.

Our client reserves all of its rights in this matter. Action may commence without further notice.

Yours truly,

*Angela Holt*

Angela Holt

cc:  Cellular South, Inc., d/b/a C Spire

Bradley Arant Boult Cummings LLP | 200 Clinton Avenue West, Suite 900 | Huntsville, AL 35801-4900 | 256.517.5100 | bradley.com

# Exhibit 5

| | |
|---|---|
| **From:** | Holt, Angela |
| **To:** | Amey Jadhav |
| **Subject:** | FW: Reply to Cease and Desist Notice - C Spire Digital |
| **Date:** | Friday, June 13, 2025 2:11:39 PM |
| **Attachments:** | C-Spire Digital Second Notice .pdf |

Please confirm your receipt of our attached letter.

**Angela Holt**
Counsel | Bradley
aholt@bradley.com
d: 256.517.5170
c: 256.508.1922

---

**From:** Holt, Angela <aholt@bradley.com>
**Sent:** Monday, June 9, 2025 8:34 AM
**To:** Amey Jadhav <amey.jadhav@legalogic.com>
**Subject:** RE: Reply to Cease and Desist Notice - C Spire Digital

Please see attached correspondence.

Thank you,

**Angela Holt**
Counsel | Bradley
aholt@bradley.com
d: 256.517.5170
c: 256.508.1922

---

**From:** Amey Jadhav <amey.jadhav@legalogic.com>
**Sent:** Friday, May 23, 2025 6:51 AM
**To:** Holt, Angela <aholt@bradley.com>
**Cc:** IPR <ipr@legalogic.com>
**Subject:** RE: Reply to Cease and Desist Notice - C Spire Digital

<u>**WITHOUT PREJUDICE**</u>
<u>**E-mail**</u>

Dear Sir,

We write to you on behalf of and under instructions from our client, **Mr. Pavan Kakunoori.** We are in the receipt of your email and acknowledge the same.

In view of the your email,  please find attached interim reply to the notice dated May 09,

2025, the contents whereof are self-explanatory. The attached reply is being sent without any prejudice to our client's right. **All our client's rights are reserved in the meanwhile.**

Kindly acknowledge the email.

**Regards,**
Amey Jadhav
Legal Advisor



------------------------------
amey.jadhav@LegaLogic.com | +91 7397865722 | www.LegaLogic.com
Level 6, Suma Center, Opp. Himali Society, Near Deenanath Mangeshkar Hospital, Pune, India
Suma Centre, Pune | PV House Pune | Nashik | Nagpur

---

**From:** Amey Jadhav
**Sent:** 16-May-2025 07:10:PM
**To:** aholt@bradley.com
**Cc:** IPR <ipr@legalogic.com>
**Subject:** Reply to Cease and Desist Notice - C Spire Digital

<u>**WITHOUT PREJUDICE**</u>
<u>**E-mail**</u>

Dear Sir,

We write to you on behalf of and under instructions from our client, **Mr. Pavan Kakunoori.** We are in the receipt of your email and acknowledge the same.

In view of the your email, please find attached interim reply to the notice dated May 09, 2025, the contents whereof are self-explanatory. The attached reply is being sent without any prejudice to our client's right. **All our client's rights are reserved in the meanwhile.**

**Regards,**
Amey Jadhav
Legal Advisor

LegaLogic
------------------------------
amey.jadhav@LegaLogic.com | +91 7397865722 | www.LegaLogic.com
Level 6, Suma Center, Opp. Himali Society, Near Deenanath Mangeshkar Hospital, Pune, India
Suma Centre, Pune | PV House Pune | Nashik | Nagpur

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.

# Exhibit 6

| | |
|---|---|
| **From:** | Holt, Angela |
| **To:** | Amey Jadhav |
| **Cc:** | IPR; Gipson, Jake; Miller, David |
| **Subject:** | RE: Reply to Cease and Desist Notice - C Spire Digital |
| **Date:** | Monday, July 7, 2025 4:54:35 PM |
| **Attachments:** | 2025-07-07 - Doc 1 - Complaint against C Spire Digital.pdf |

Please see the attached Complaint filed today in the Northern District of Texas against your client. Please let us know by the end of this week if you will accept service on behalf of C-Spire Consulting Services Private Limited d/b/a CSpire Digital.

Thank you,

**Angela Holt**
Counsel | Bradley
aholt@bradley.com
d: 256.517.5170
c: 256.508.1922

**From:** Amey Jadhav <amey.jadhav@legalogic.com>
**Sent:** Friday, May 23, 2025 6:51 AM
**To:** Holt, Angela <aholt@bradley.com>
**Cc:** IPR <ipr@legalogic.com>
**Subject:** RE: Reply to Cease and Desist Notice - C Spire Digital

<u>**WITHOUT PREJUDICE**</u>

<u>**E-mail**</u>

Dear Sir,

We write to you on behalf of and under instructions from our client, **Mr. Pavan Kakunoori.** We are in the receipt of your email and acknowledge the same.

In view of the your email,  please find attached interim reply to the notice dated May 09, 2025, the contents whereof are self-explanatory. The attached reply is being sent without any prejudice to our client's right. **All our client's rights are reserved in the meanwhile.**

Kindly acknowledge the email.

**Regards,**
Amey Jadhav
Legal Advisor



-------------------------------
amey.jadhav@LegaLogic.com | +91 7397865722  |  www.LegaLogic.com
Level 6, Suma Center, Opp. Himali Society, Near Deenanath Mangeshkar Hospital, Pune, India
Suma Centre, Pune **|** PV House Pune **|** Nashik **|** Nagpur

---

**From:** Amey Jadhav
**Sent:** 16-May-2025 07:10:PM
**To:** aholt@bradley.com
**Cc:** IPR <ipr@legalogic.com>
**Subject:** Reply to Cease and Desist Notice - C Spire Digital

<u>**WITHOUT PREJUDICE**</u>
<u>**E-mail**</u>

Dear Sir,

We write to you on behalf of and under instructions from our client, **Mr. Pavan Kakunoori.** We are in the receipt of your email and acknowledge the same.

In view of the your email,  please find attached interim reply to the notice dated May 09, 2025, the contents whereof are self-explanatory. The attached reply is being sent without any prejudice to our client's right. **All our client's rights are reserved in the meanwhile.**

**Regards,**
Amey Jadhav
Legal Advisor



-------------------------------
amey.jadhav@LegaLogic.com | +91 7397865722  |  www.LegaLogic.com
Level 6, Suma Center, Opp. Himali Society, Near Deenanath Mangeshkar Hospital, Pune, India
Suma Centre, Pune **|** PV House Pune **|** Nashik **|** Nagpur

---

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.

**Exhibit 7**

| | |
|---|---|
| **From:** | Holt, Angela |
| **To:** | Pavan.Kakunoori@cspiredigital.com |
| **Cc:** | IPR; Gipson, Jake; Miller, David; Amey Jadhav |
| **Subject:** | RE: Reply to Cease and Desist Notice - C Spire Digital |
| **Date:** | Monday, July 14, 2025 5:32:56 PM |
| **Attachments:** | 2025-07-07 - Doc 1 - Complaint against C Spire Digital.pdf |

Mr. Kakunoori:

We are in the process of having this complaint served on your company. We want to make sure you are aware of the lawsuit, as your attorney has not responded to our several emails, and we are not sure if he still represents you or your company.

Thank you,

**Angela Holt**
Counsel | Bradley
aholt@bradley.com
d: 256.517.5170
c: 256.508.1922

---

**From:** Holt, Angela <aholt@bradley.com>
**Sent:** Monday, July 7, 2025 4:54 PM
**To:** Amey Jadhav <amey.jadhav@legalogic.com>
**Cc:** IPR <ipr@legalogic.com>; Gipson, Jake <jgipson@bradley.com>; Miller, David <dmiller@bradley.com>
**Subject:** RE: Reply to Cease and Desist Notice - C Spire Digital

Please see the attached Complaint filed today in the Northern District of Texas against your client. Please let us know by the end of this week if you will accept service on behalf of C-Spire Consulting Services Private Limited d/b/a CSpire Digital.

Thank you,

**Angela Holt**
Counsel | Bradley
aholt@bradley.com
d: 256.517.5170
c: 256.508.1922

---

**From:** Amey Jadhav <amey.jadhav@legalogic.com>
**Sent:** Friday, May 23, 2025 6:51 AM
**To:** Holt, Angela <aholt@bradley.com>
**Cc:** IPR <ipr@legalogic.com>
**Subject:** RE: Reply to Cease and Desist Notice - C Spire Digital

**WITHOUT PREJUDICE**

**E-mail**

Dear Sir,

We write to you on behalf of and under instructions from our client, **Mr. Pavan Kakunoori.** We are in the receipt of your email and acknowledge the same.

In view of the your email,  please find attached interim reply to the notice dated May 09, 2025, the contents whereof are self-explanatory. The attached reply is being sent without any prejudice to our client's right. **All our client's rights are reserved in the meanwhile.**

Kindly acknowledge the email.


**Regards,**
Amey Jadhav
Legal Advisor



--------------------------------
amey.jadhav@LegaLogic.com | +91 7397865722  |  www.LegaLogic.com
Level 6, Suma Center, Opp. Himali Society, Near Deenanath Mangeshkar Hospital, Pune, India
Suma Centre, Pune **|** PV House Pune **|** Nashik **|** Nagpur

---

**From:** Amey Jadhav
**Sent:** 16-May-2025 07:10:PM
**To:** aholt@bradley.com
**Cc:** IPR <ipr@legalogic.com>
**Subject:** Reply to Cease and Desist Notice - C Spire Digital

**WITHOUT PREJUDICE**

**E-mail**

Dear Sir,

We write to you on behalf of and under instructions from our client, **Mr. Pavan Kakunoori.** We are in the receipt of your email and acknowledge the same.

In view of the your email,  please find attached interim reply to the notice dated May 09, 2025, the contents whereof are self-explanatory. The attached reply is being sent without any prejudice to our client's right. **All our client's rights are reserved in the meanwhile.**

**Regards,**
Amey Jadhav
Legal Advisor

# LegaLogic

--------------------------------

amey.jadhav@LegaLogic.com | +91 7397865722  |  www.LegaLogic.com
Level 6, Suma Center, Opp. Himali Society, Near Deenanath Mangeshkar Hospital, Pune, India
Suma Centre, Pune | PV House Pune | Nashik | Nagpur

Confidentiality Notice: This e-mail is from a law firm and may be protected by the attorney-client or work product privileges. If you have received this message in error, please notify the sender by replying to this e-mail and then delete it from your computer.